Check Number 1015 Dated 01/27/10
Case Number 08-34203 - WORTHING, STUART

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PYOD, LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | 000005 | 67.02 | 0.79 |
| ---------- Remittance Total --------------- | | 67.02 | 0.79 |

Michael A. Mason, Trustee